UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

| | |
|---|---|
| IN RE:<br><br>ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Actions*<br><br>*Linda B. Panebianco et al v. Zimmer, Inc., Zimmer US, Inc., Zimmer Biomet Holdings, Inc. f/k/a Zimmer Holdings, Inc.* | MDL No. 2859<br><br>18-MD-2859 (PAC)<br>18-MC-2859 (PAC)<br><br>**SHORT FORM COMPLAINT**<br><br>Individual Case # 1:20-cv-3609 |

-------------------------------------------------------------------------x

1.      Plaintiffs, Linda B. Panebianco and Antonio Panebianco, state and bring this civil action in MDL No. 2859, entitled *In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation*, against Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc.

2.      Plaintiffs are filing this Short Form Complaint as permitted by this Court's Case Management Order 9, dated February 7, 2019, and hereby incorporates the Master Long Form Complaint filed in MDL No. 2859 by reference.

**PARTIES, JURISDICTION AND VENUE**

3.      Plaintiff, Linda B. Panebianco, is a resident and citizen of the State of Pennsylvania and claims damages as set forth below.

4.      Plaintiff's Spouse, Antonio Panebianco, is a resident and citizen of the State of Pennsylvania, and claims damages as set forth below.  *[Cross out Spousal Claim if not applicable.]*

5. Venue of this case is appropriate in the United States District Court, Eastern District of Pennsylvania. Plaintiff states that but for the Order permitting directly filing into the Southern District of New York pursuant to Case Management Order 9, Plaintiff would have filed in the United States District Court, Eastern District of Pennsylvania. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

6. Plaintiff brings this action *[check the applicable designation]*:

___X___    On behalf of himself/herself;

_____    In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent. *[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

ALLEGATIONS AS TO **LEFT-SIDE** IMPLANT/EXPLANT SURGERY(IES):

12. Plaintiff was implanted with a Versys Femoral Head in his/her left hip on or about Nov. 3, 2011, at Lehigh Valley Hospital, in Allentown, Pennsylvania, by Dr. Podromos Ververeli.

13. Plaintiff was implanted with the following femoral stem during the implantation surgery:

_____        Zimmer M/L Taper

___X___        Zimmer M/L Taper with Kinectiv Technology

14. Plaintiff had the following left hip components explanted on or about August 8,

2018, at Lehigh Valley Hospital, in Allentown, Pennsylvania, again by Dr. Podromos Ververeli.

____x____        Versys femoral head

_____        Zimmer M/L Taper

____x____        Zimmer M/L Taper with Kinectiv Technology

## ALLEGATIONS AS TO INJURIES

17.    (a) Plaintiff claims damages as a result of (check all that are applicable):

___X___            INJURY TO HERSELF/HIMSELF

____X__            INJURY TO THE PERSON REPRESENTED

_____            WRONGFUL DEATH

_____            SURVIVORSHIP ACTION

____X__            ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):

*[Cross out if not applicable.]*

___X___            LOSS OF SERVICES

___X___            LOSS OF CONSORTIUM

18.    Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

19.    Plaintiff has suffered injuries as a result of the explantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein. *[Cross*

*out if not applicable.]*

20. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

21. Due to the nature of the defect, Plaintiff(s) could not have known that the injuries he/she suffered were as a result of a defect in the Devices at issue at the time they were implanted or for any period afterwards until the defect was actually discovered by Plaintiff(s).

**CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

22. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the Master Long Form Complaint (check all that are applicable):

| | |
|---|---|
| __X____ | COUNT I - NEGLIGENCE; |
| ___X___ | COUNT II - NEGLIGENCE PER SE; |
| ___X___ | COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN; |
| ___X___ | COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT; |
| ___X___ | COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN; |
| ___X___ | COUNT VI - BREACH OF EXPRESS WARRANTY; |
| ____X__ | COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY; |
| ___X___ | COUNT VIII - BREACH OF IMPLIED WARRANTIES; |
| ___X___ | COUNT IX - VIOLATION OF CONSUMER PROTECTION LAWS |
| ___X___ | COUNT X –NEGLIGENT MISREPRESENTATION |
| ___X___ | COUNT XI- FRAUDULENT CONCEALMENT |
| ___X___ | COUNT XII - UNJUST ENRICHMENT |

4

___X___        COUNT XIII – LOSS OF CONSORTIUM

_____         COUNT XIV – WRONGFUL DEATH

_____         COUNT XV- SURVIVAL ACTION

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

___X___        PUNITIVES DAMAGES

_____         OTHER:       _____

                             _____

                             _____

                             _____

                             _____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;
2. For all applicable statutory damages of the state whose laws will govern this action;
3. For an award of attorneys' fees and costs;
4. For prejudgment interest and costs of suit;
5. Exemplary damages;
6. For restitution and disgorgement of profits; and,
7. For such other and further relief as this Court may deem just and proper.

## **JURY DEMAND**

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

Date: May 8, 2020                                   Respectfully submitted,

                                                                                 JONES WARD PLC

                                                                                 /s/ Alex C. Davis
                                                                                 Alex C. Davis
                                                                                 The Pointe
                                                                                 1205 E. Washington St., Suite 111
                                                                                 Louisville, KY 40206
                                                                                 Phone: (502) 882 6000
                                                                                 Facsimile: (502) 587-2007
                                                                                 alex@jonesward.com
                                                                                 *Attorney for Plaintiff*